UNITED STATES DISTRICT COURT

Northern District of California

MARK DAVIS,

                Plaintiff(s),          No. C 09-02305 MEJ

   v.

JIM DRURY, ET AL.,               **ORDER VACATING CMC**

               Defendant(s).      **ORDER FOR PARTIES TO FILE JOINT STATUS REPORT**

_____/

This matter is currently scheduled for a case management conference on September 3, 2009. However, the parties did not file a joint statement by the August 27 deadline. Accordingly, the Court hereby VACATES the September 3, 2009 Case Management Conference and ORDERS the parties to file a joint status report by September 2, 2009.

**IT IS SO ORDERED.**

Dated: August 28, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge