UNITED STATES DISTRICT COURT

Northern District of California

MARK DAVIS,

                Plaintiff(s),         No. C 09-02305 MEJ

  v.

JIM DRURY, ET AL.,            **ORDER SCHEDULING CMC**

                Defendant(s).
_____/

Upon review of the parties' Joint Status Report, the Court hereby schedules a Case Management Conference on November 19, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint statement by November 12, 2009. All ADR deadlines are adjusted accordingly.

**IT IS SO ORDERED.**

Dated: September 3, 2009

                                                _____
                                                Maria-Elena James
                                                Chief United States Magistrate Judge